# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JESSE DWAYNE BLACK, #2214120, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:19-CV-423-JDK-JDL |
| KEVIN MOORE, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On March 31, 2020, the Magistrate Judge issued a Report and Recommendation (Docket No. 18) recommending that the action be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Plaintiff did not file objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 18) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 18) be **ADOPTED** and that the above-styled civil action be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

So **ORDERED** and **SIGNED** this **28th** day of **April, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE